IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD BELL,            No. C-12-6215 TEH (PR)

    Plaintiff.           ORDER CLOSING CASE OPENED IN ERROR

_____/

On December 7, 2012, Plaintiff Richard Bell, a state inmate incarcerated at the California State Prison-Solano, filed several documents with the Court relating to the denial of his appeal to the California Correctional Health Care Services. Thinking that Plaintiff wished to file a civil rights complaint, the the Clerk of the Court opened a civil rights case with the number C-12-6215 TEH. However, on December 17, 2012, Plaintiff filed a letter with the Court indicating that he did not intend to file a new case, but had sent this information to be filed in the ongoing case <u>Plata v. Brown</u>, C 01-1351 TEH.

Therefore, the Clerk of the Court shall close this case. Because this case was opened in error, no filing fee shall be charged. The documents Plaintiff originally filed shall be re-filed

1  in <u>Plata v. Brown</u>.

3     IT IS SO ORDERED.

4  DATED    *01/03/2013*                    _____
5                                            **THELTON E. HENDERSON**
                                             **United States District Judge**

17  G:\PRO-SE\TEH\CR.12\Bell 12-6215 DIS.wpd